IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARIEL OLIVER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NOOM, INC.,<br><br>Defendant. | Case No. 2:22-cv-01857-WSS |

## ORDER

AND NOW this  30  day of May , 2023, upon consideration of the Joint Motion to Modify Briefing Schedule for Defendant's Response to First Amended Complaint (the "Joint Motion"), the Joint Motion is hereby GRANTED and the following deadlines are scheduled in this matter:

| Event | Deadline |
|---|---|
| Plaintiff's Opposition to Noom's Motion to Dismiss the First Amended Complaint (the "Motion") | June 9, 2023 |
| Noom's Reply in Support of the Motion | June 29, 2023 |

BY THE COURT:

_____
United States District Judge
The Honorable William S. Stickman IV