**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ARIEL OLIVER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NOOM, INC.,<br><br>Defendant. | Case No. 2:22-cv-01857-WSS<br><br>Judge William S. Stickman IV<br><br>*Electronically Filed* |

**DEFENDANT NOOM, INC.'S ANSWER TO**
**THE FIRST AMENDED COMPLAINT**

**JURY TRIAL DEMANDED**

Defendant Noom, Inc. ("Noom" or "Defendant") hereby answers Plaintiff Ariel Oliver's ("Plaintiff") First Amended Complaint (ECF No. 15; "FAC"). Any and all allegations not specifically admitted herein are denied. Except as otherwise stated, Noom denies the factual allegations, if any, contained in headings, subheadings, unnumbered paragraphs, and footnotes in the FAC. Noom repeats the headings here for organizational purposes only. Noom reserves the right to seek leave to amend or supplement this Answer as necessary.

## ANSWER

## INTRODUCTION

1. Noom admits that it operates a website with the URL www.noom.com. Noom further admits that Plaintiff is seeking to certify a class pursuant to Fed. R. Civ. Rule 23. The remainder of paragraph 1 makes generalizations about topics that are highly dependent on unique facts and circumstances, and therefore Noom cannot reasonably respond. Noom lacks the details and information necessary to form a belief about the truth of the remaining allegations and characterizations in paragraph 1, and on that basis denies them.

2. Paragraph 2 states legal conclusions to which no response is required. To the extent a response is required, Noom denies those allegations. Noom denies the remaining allegations and characterizations of paragraph 2.

3. Paragraph 3 states legal conclusions to which no response is required. To the extent a response is required, Noom denies those allegations.

4. Paragraph 4 describes the purported purpose of the case, which does not require a response. To the extent a response is required, Noom denies the allegations and characterizations of paragraph 4.

## PARTIES

5. Noom lacks sufficient information to admit or deny the allegations of paragraph 5, and on that basis denies them.

6. Noom admits the allegations in paragraph 6.

## JURISDICTION AND VENUE

7. Paragraph 7 states legal conclusions to which no response is required. To the extent a response is required, Noom lacks sufficient information to admit or deny the allegations of paragraph 7, and on that basis denies them.

8. Paragraph 8 states legal conclusions to which no response is required. To the extent a response is required, Noom denies those allegations. Noom denies the remaining allegations and characterizations of paragraph 8.

9. Paragraph 9 states legal conclusions to which no response is required. To the extent a response is required, Noom denies those allegations. Noom denies the remaining allegations and characterizations of paragraph 9.

10. Noom admits that it spends millions of dollars on advertising throughout the United States and has over 45 million users. Noom denies the remaining allegations and characterizations of paragraph 10.

11. Paragraph 11 states legal conclusions to which no response is required. To the extent a response is required, Noom denies those allegations. Noom denies the remaining allegations and characterizations of paragraph 11.

## FACTUAL ALLEGATIONS

### A. Website User and Usage Data Have Immense Economic Value.

12. Paragraph 12 purports to quote, paraphrase, and/or characterize the contents of certain documents, which speak for themselves. Noom refers to the documents themselves for

their full content. To the extent a response is required, Noom denies the allegations and characterizations of paragraph 12.

13. Paragraph 13 purports to quote, paraphrase, and/or characterize the contents of certain documents, which speak for themselves. Noom refers to the documents themselves for their full content. To the extent a response is required, Noom denies the allegations and characterizations of paragraph 13.

14. Paragraph 14 purports to quote, paraphrase, and/or characterize the contents of certain documents, which speak for themselves. Noom refers to the documents themselves for their full content. To the extent a response is required, Noom denies the allegations and characterizations of paragraph 14.

15. Paragraph 15 purports to quote, paraphrase, and/or characterize the contents of certain documents, which speak for themselves. Noom refers to the documents themselves for their full content. To the extent a response is required, Noom denies the allegations and characterizations of paragraph 15.

16. Paragraph 16 purports to quote, paraphrase, and/or characterize the contents of certain documents, which speak for themselves. Noom refers to the documents themselves for their full content. To the extent a response is required, Noom denies the allegations and characterizations of paragraph 16.

**B. Website Users Have a Reasonable Expectation of Privacy in Their Interactions with Websites.**

17. Paragraph 17 purports to quote, paraphrase, and/or characterize the contents of certain documents, which speak for themselves. Noom refers to the documents themselves for their full content. To the extent a response is required, Noom denies the allegations and characterizations of paragraph 17.

18. Paragraph 18 purports to quote, paraphrase, and/or characterize the contents of certain documents, which speak for themselves. Noom refers to the documents themselves for their full content. To the extent a response is required, Noom denies the allegations and characterizations of paragraph 18.

19. Paragraph 19 purports to quote, paraphrase, and/or characterize the contents of certain documents, which speak for themselves. Noom refers to the documents themselves for their full content. To the extent a response is required, Noom denies the allegations and characterizations of paragraph 19.

20. Paragraph 20 purports to quote, paraphrase, and/or characterize the contents of certain documents, which speak for themselves. Noom refers to the documents themselves for their full content. To the extent a response is required, Noom denies the allegations and characterizations of paragraph 20.

21. Paragraph 21 purports to quote, paraphrase, and/or characterize the contents of certain documents, which speak for themselves. Noom refers to the documents themselves for their full content. To the extent a response is required, Noom denies the allegations and characterizations of paragraph 21.

22. Paragraph 22 purports to quote, paraphrase, and/or characterize the contents of certain documents, which speak for themselves. Noom refers to the documents themselves for their full content. To the extent a response is required, Noom denies the allegations and characterizations of paragraph 22.

**C. How Session Replay Code Works.**

23. Paragraph 23 purports to quote, paraphrase, and/or characterize the contents of certain documents, which speak for themselves. Noom refers to the documents themselves for their full content. Noom admits that it utilizes certain of FullStory's services involving use of

Session Replay Code on its website. Noom denies the remaining allegations and characterizations of paragraph 23.

24. Paragraph 24 purports to quote, paraphrase, and/or characterize the contents of certain documents, which speak for themselves. Noom refers to the documents themselves for their full content. The remainder of paragraph 24 makes generalizations about topics that are highly dependent on unique facts and circumstances, and therefore Noom cannot reasonably respond. Noom lacks the details and information necessary to form a belief about the truth of the generalized allegations and characterizations in paragraph 24, and on that basis denies them.

25. Paragraph 25 makes generalizations about topics that are highly dependent on unique facts and circumstances, and therefore Noom cannot reasonably respond. Noom lacks the details and information necessary to form a belief about the truth of the generalized allegations and characterizations in paragraph 25, and on that basis denies them.

26. Paragraph 26 makes generalizations about topics that are highly dependent on unique facts and circumstances, and therefore Noom cannot reasonably respond. Noom lacks the details and information necessary to form a belief about the truth of the generalized allegations and characterizations in paragraph 26, and on that basis denies them.

27. Paragraph 27 makes generalizations about topics that are highly dependent on unique facts and circumstances, and therefore Noom cannot reasonably respond. Noom lacks the details and information necessary to form a belief about the truth of the generalized allegations and characterizations in paragraph 27, and on that basis denies them.

28. Paragraph 28 purports to quote, paraphrase, and/or characterize the contents of certain documents, which speak for themselves. Noom refers to the documents themselves for their full content. The remainder of paragraph 28 makes generalizations about topics that are highly dependent on unique facts and circumstances, and therefore Noom cannot reasonably

respond. Noom lacks the details and information necessary to form a belief about the truth of the generalized allegations and characterizations in paragraph 28, and on that basis denies them.

29. Paragraph 29 purports to quote, paraphrase, and/or characterize the contents of certain documents, which speak for themselves. Noom refers to the documents themselves for their full content. The remainder of paragraph 29 makes generalizations about topics that are highly dependent on unique facts and circumstances, and therefore Noom cannot reasonably respond. Noom lacks the details and information necessary to form a belief about the truth of the generalized allegations and characterizations in paragraph 28, and on that basis denies them.

30. Paragraph 30 makes generalizations about topics that are highly dependent on unique facts and circumstances, and therefore Noom cannot reasonably respond. Noom lacks the details and information necessary to form a belief about the truth of the generalized allegations and characterizations in paragraph 30, and on that basis denies them.

31. Paragraph 31 makes generalizations about topics that are highly dependent on unique facts and circumstances, and therefore Noom cannot reasonably respond. Noom lacks the details and information necessary to form a belief about the truth of the generalized allegations and characterizations in paragraph 31, and on that basis denies them.

32. Paragraph 32 makes generalizations about topics that are highly dependent on unique facts and circumstances, and therefore Noom cannot reasonably respond. Noom lacks the details and information necessary to form a belief about the truth of the generalized allegations and characterizations in paragraph 32, and on that basis denies them.

33. Paragraph 33 makes generalizations about topics that are highly dependent on unique facts and circumstances, and therefore Noom cannot reasonably respond. Noom lacks the details and information necessary to form a belief about the truth of the generalized allegations and characterizations in paragraph 33, and on that basis denies them.

34. Paragraph 34 purports to quote, paraphrase, and/or characterize the contents of certain documents, which speak for themselves. Noom refers to the documents themselves for their full content. The remainder of paragraph 34 makes generalizations about topics that are highly dependent on unique facts and circumstances, and therefore Noom cannot reasonably respond. Noom lacks the details and information necessary to form a belief about the truth of the generalized allegations and characterizations in paragraph 34, and on that basis denies them.

35. Paragraph 35 makes generalizations about topics that are highly dependent on unique facts and circumstances, and therefore Noom cannot reasonably respond. Noom lacks the details and information necessary to form a belief about the truth of the generalized allegations and characterizations in paragraph 35, and on that basis denies them.

36. Paragraph 36 makes generalizations about topics that are highly dependent on unique facts and circumstances, and therefore Noom cannot reasonably respond. Noom lacks the details and information necessary to form a belief about the truth of the generalized allegations and characterizations in paragraph 36, and on that basis denies them.

37. Paragraph 37 purports to quote, paraphrase, and/or characterize the contents of certain documents, which speak for themselves. Noom refers to the documents themselves for their full content. The remainder of paragraph 37 makes generalizations about topics that are highly dependent on unique facts and circumstances, and therefore Noom cannot reasonably respond. Noom lacks the details and information necessary to form a belief about the truth of the generalized allegations and characterizations in paragraph 37, and on that basis denies them.

38. Paragraph 38 purports to quote, paraphrase, and/or characterize the contents of certain documents, which speak for themselves. Noom refers to the documents themselves for their full content. The remainder of paragraph 38 makes generalizations about topics that are highly dependent on unique facts and circumstances, and therefore Noom cannot reasonably

respond. Noom lacks the details and information necessary to form a belief about the truth of the generalized allegations and characterizations in paragraph 38, and on that basis denies them.

39. Paragraph 39 purports to quote, paraphrase, and/or characterize the contents of certain documents, which speak for themselves. Noom refers to the documents themselves for their full content. Noom lacks knowledge sufficient to admit or deny the allegations in this paragraph regarding Air Canada, and on that basis denies them. Noom denies the remaining allegations and characterizations of paragraph 39.

40. Paragraph 40 purports to quote, paraphrase, and/or characterize the contents of certain documents, which speak for themselves. Noom refers to the documents themselves for their full content. Noom lacks knowledge sufficient to admit or deny the allegations in this paragraph regarding Walgreens, and on that basis denies them. Noom denies the remaining allegations and characterizations of paragraph 40.

41. Paragraph 41 purports to quote, paraphrase, and/or characterize the contents of certain documents, which speak for themselves. Noom refers to the documents themselves for their full content. Noom lacks knowledge sufficient to admit or deny the allegations in this paragraph regarding Bonobos, and on that basis denies them. Noom denies the remaining allegations and characterizations of paragraph 41.

42. Paragraph 42 purports to quote, paraphrase, and/or characterize the contents of certain documents, which speak for themselves. Noom refers to the documents themselves for their full content. Noom lacks knowledge sufficient to admit or deny the allegations in this paragraph regarding Apple, and on that basis denies them. Noom denies the remaining allegations and characterizations of paragraph 42.

**D. Noom Secretly Wiretaps its Website Visitors' Electronic Communications.**

43. Noom admits the allegations in paragraph 43.

44. Noom admits that it offers a 14-day free trial and various monthly subscription plans. Noom admits that signing up for Noom's services has involved an intake process that provides Noom with certain information and has changed over time. The remainder of paragraph 44 makes generalizations about topics that are highly dependent on unique facts and circumstances, and therefore Noom cannot reasonably respond. Noom lacks the details and information necessary to form a belief about the truth of the generalized allegations and characterizations in paragraph 44, and on that basis denies them.

45. Noom admits that it utilizes certain of FullStory's services involving use of Session Replay Code on its website. Noom denies the remaining allegations and characterizations of paragraph 45.

46. Noom admits that it utilizes certain of FullStory's services on its website. Noom denies the remaining allegations and characterizations of paragraph 46.

47. Paragraph 47 purports to quote, paraphrase, and/or characterize the contents of certain documents, which speak for themselves. Noom refers to the documents themselves for their full content. Noom lacks sufficient information to admit or deny the remaining allegations of paragraph 47, and on that basis denies them.

48. Paragraph 48 purports to quote, paraphrase, and/or characterize the contents of certain documents, which speak for themselves. Noom refers to the documents themselves for their full content. Noom lacks sufficient information to admit or deny the remaining allegations of paragraph 48, and on that basis denies them.

49. Noom lacks sufficient information to admit or deny the allegations of paragraph 49, and on that basis denies them.

50. Paragraph 50 purports to quote, paraphrase, and/or characterize the contents of certain documents, which speak for themselves. Noom refers to the documents themselves for

their full content. Noom lacks sufficient information to admit or deny the remaining allegations of paragraph 50, and on that basis denies them.

51. Paragraph 51 purports to quote, paraphrase, and/or characterize the contents of certain documents, which speak for themselves. Noom refers to the documents themselves for their full content. Noom lacks sufficient information to admit or deny the remaining allegations of paragraph 51, and on that basis denies them.

52. Paragraph 52 states legal conclusions to which no response is required. To the extent a response is required, Noom denies those allegations. Noom denies the remaining allegations and characterizations of paragraph 52.

53. Noom admits that it utilizes certain of FullStory's services involving use of Session Replay Code on its website. Paragraph 53 states legal conclusions to which no response is required. To the extent a response is required, Noom denies those allegations. Noom denies the remaining allegations and characterizations of paragraph 53.

**E. Plaintiff's and Class Members' Experience.**

54. Noom lacks sufficient information to admit or deny the allegations of paragraph 54, and on that basis denies them.

55. Paragraph 55 states legal conclusions to which no response is required. To the extent a response is required, Noom denies those allegations. Noom lacks sufficient information to admit or deny the remaining allegations of paragraph 55, and on that basis denies them.

56. Noom admits that it utilizes certain of FullStory's services involving use of Session Replay Code on its website. Noom lacks sufficient information to admit or deny the remaining allegations of paragraph 56, and on that basis denies them.

57. Noom lacks sufficient information to admit or deny the allegations of paragraph 57, and on that basis denies them.

58. Noom admits that signing up for Noom's services has involved an intake process that provides Noom with certain information and has changed over time. Noom lacks sufficient information to admit or deny the remaining allegations of paragraph 58, and on that basis denies them.

59. Paragraph 59 states legal conclusions to which no response is required. To the extent a response is required, Noom denies those allegations. Noom denies the remaining allegations and characterizations of paragraph 59.

60. Noom denies the allegations and characterizations of paragraph 60.

61. Paragraph 61 states legal conclusions to which no response is required. To the extent a response is required, Noom denies those allegations. Noom lacks sufficient information to admit or deny the allegations of paragraph 61, and on that basis denies them. Noom denies the remaining allegations and characterizations of paragraph 61.

62. Noom lacks sufficient information to admit or deny the allegations of paragraph 62, and on that basis denies them.

63. Paragraph 63 states legal conclusions to which no response is required. To the extent a response is required, Noom denies those allegations. Noom denies the remaining allegations and characterizations of paragraph 63.

64. Paragraph 64 states legal conclusions to which no response is required. To the extent a response is required, Noom denies those allegations. Noom denies the remaining allegations and characterizations of paragraph 64.

65. Paragraph 65 states legal conclusions to which no response is required. To the extent a response is required, Noom denies those allegations. Paragraph 65 further makes generalizations about topics that are highly dependent on unique facts and circumstances, and therefore Noom cannot reasonably respond. Noom lacks the details and information necessary to

form a belief about the truth of the generalized allegations and characterizations in paragraph 65, and on that basis denies them.

66. Paragraph 66 states legal conclusions to which no response is required. To the extent a response is required, Noom denies those allegations. Noom denies the remaining allegations and characterizations of paragraph 66.

67. Paragraph 67 states legal conclusions to which no response is required. To the extent a response is required, Noom denies those allegations. Noom denies the remaining allegations and characterizations of paragraph 67.

68. Paragraph 68 states legal conclusions to which no response is required. To the extent a response is required, Noom denies those allegations. Noom denies the remaining allegations and characterizations of paragraph 68.

69. Paragraph 69 states legal conclusions to which no response is required. To the extent a response is required, Noom denies those allegations. Noom denies the remaining allegations and characterizations of paragraph 69.

**F. Plaintiff and Class Members Did Not Consent to the Interception of Their Website Communications.**

70. Paragraph 70 states legal conclusions to which no response is required. To the extent a response is required, Noom denies those allegations. Noom denies the remaining allegations and characterizations of paragraph 70.

71. Paragraph 71 purports to quote, paraphrase, and/or characterize the contents of certain documents, which speak for themselves. Noom refers to the documents themselves for their full content. To the extent a response is required, Noom denies the allegations and characterizations of paragraph 71.

72. Paragraph 72 states legal conclusions to which no response is required. To the

extent a response is required, Noom denies those allegations. Noom denies the remaining allegations and characterizations of paragraph 72.

73. Paragraph 73 states legal conclusions to which no response is required. To the extent a response is required, Noom denies those allegations. Noom admits that it has a "Privacy Policy" and "Terms of Use" that are published on its website. Noom denies the remaining allegations and characterizations of paragraph 73.

74. Paragraph 74 states legal conclusions to which no response is required. To the extent a response is required, Noom denies those allegations. Noom admits that it has a "Privacy Policy" and "Terms of Use" that are published on its website. Noom denies the remaining allegations and characterizations of paragraph 74.

**CLASS ACTION ALLEGATIONS**

75. Paragraph 75 describes the purported putative class for the case, which does not require a response. To the extent a response is required, Noom denies the remaining allegations and characterizations of paragraph 75.

76. Paragraph 76 describes the purported putative class for the case, which does not require a response. To the extent a response is required, Noom denies the allegations and characterizations of paragraph 76.

77. Paragraph 77 states legal conclusions to which no response is required. To the extent a response is required, Noom denies those allegations. Noom denies the remaining allegations and characterizations of paragraph 77.

78. Paragraph 78 states legal conclusions to which no response is required. To the extent a response is required, Noom denies those allegations. Noom denies the remaining allegations and characterizations of paragraph 78.

79. Paragraph 79 states legal conclusions to which no response is required. To the

extent a response is required, Noom denies those allegations. Noom denies the remaining allegations and characterizations of paragraph 79.

80. Paragraph 80 states legal conclusions to which no response is required. To the extent a response is required, Noom denies those allegations. Noom denies the remaining allegations and characterizations of paragraph 80.

81. Paragraph 81 states legal conclusions to which no response is required. To the extent a response is required, Noom denies those allegations. Noom denies the remaining allegations and characterizations of paragraph 81.

82. Paragraph 82 states legal conclusions to which no response is required. To the extent a response is required, Noom denies those allegations. Noom denies the remaining allegations and characterizations of paragraph 82.

83. Paragraph 83 states legal conclusions to which no response is required. To the extent a response is required, Noom denies those allegations. Noom denies the remaining allegations and characterizations of paragraph 83.

**COUNT I**
**Violation of Pennsylvania Wiretap Act**
**18 Pa. Cons. Stat. § 5701, et. seq.**

84. Noom incorporates by reference its answers to the preceding paragraphs as if fully set forth herein.

85. Paragraph 85 describes the purported putative class for the case, which does not require a response. To the extent a response is required, Noom denies the allegations and characterizations of paragraph 85.

86. Paragraph 86 purports to quote, paraphrase, and/or characterize the contents of the Pennsylvania Wiretap Act. Noom refers to the statute itself for its full content. To the extent the

allegations call for a legal conclusion, no response is required. To the extent a response is required, Noom denies those allegations. Noom denies the remaining allegations and characterizations of paragraph 86.

87. Paragraph 87 purports to quote, paraphrase, and/or characterize the contents of the Pennsylvania Wiretap Act. Noom refers to the statute itself for its full content. To the extent the allegations call for a legal conclusion, no response is required. To the extent a response is required, Noom denies those allegations. Noom denies the remaining allegations and characterizations of paragraph 87.

88. Paragraph 88 purports to quote, paraphrase, and/or characterize the contents of the Pennsylvania Wiretap Act. Noom refers to the statute itself for its full content. To the extent the allegations call for a legal conclusion, no response is required. To the extent a response is required, Noom denies those allegations. Noom denies the remaining allegations and characterizations of paragraph 88.

89. Paragraph 89 purports to quote, paraphrase, and/or characterize the contents of the Pennsylvania Wiretap Act. Noom refers to the statute itself for its full content. To the extent the allegations call for a legal conclusion, no response is required. To the extent a response is required, Noom denies those allegations. Noom denies the remaining allegations and characterizations of paragraph 89.

90. Paragraph 90 purports to quote, paraphrase, and/or characterize the contents of the Pennsylvania Wiretap Act. Noom refers to the statute itself for its full content. To the extent the allegations call for a legal conclusion, no response is required. To the extent a response is required, Noom denies those allegations. Noom denies the remaining allegations and characterizations of paragraph 90.

91. Paragraph 91 purports to quote, paraphrase, and/or characterize the contents of the

Pennsylvania Wiretap Act. Noom refers to the statute itself for its full content. To the extent the allegations call for a legal conclusion, no response is required. To the extent a response is required, Noom denies those allegations. Noom denies the remaining allegations and characterizations of paragraph 91.

92. Noom admits the allegations in paragraph 92.

93. Paragraph 93 purports to quote, paraphrase, and/or characterize the contents of the Pennsylvania Wiretap Act. Noom refers to the statute itself for its full content. To the extent the allegations call for a legal conclusion, no response is required. To the extent a response is required, Noom denies those allegations. Noom denies the remaining allegations and characterizations of paragraph 93.

94. Paragraph 94 purports to quote, paraphrase, and/or characterize the contents of the Pennsylvania Wiretap Act. Noom refers to the statute itself for its full content. To the extent the allegations call for a legal conclusion, no response is required. To the extent a response is required, Noom denies those allegations. Noom denies the remaining allegations and characterizations of paragraph 94.

95. Paragraph 95 purports to quote, paraphrase, and/or characterize the contents of the Pennsylvania Wiretap Act. Noom refers to the statute itself for its full content. To the extent the allegations call for a legal conclusion, no response is required. To the extent a response is required, Noom denies those allegations. Noom denies the remaining allegations and characterizations of paragraph 95.

96. Paragraph 96 states legal conclusions to which no response is required. To the extent a response is required, Noom denies those allegations. Noom admits that it utilizes certain of FullStory's services involving use of Session Replay Code on its website. Noom denies the remaining allegations and characterizations of paragraph 96.

97. Paragraph 97 states legal conclusions to which no response is required. To the extent a response is required, Noom denies those allegations. Noom denies the remaining allegations and characterizations of paragraph 97.

98. Paragraph 98 states legal conclusions to which no response is required. To the extent a response is required, Noom denies those allegations. Noom denies the remaining allegations and characterizations of paragraph 98.

99. Paragraph 99 states legal conclusions to which no response is required. To the extent a response is required, Noom denies those allegations. Noom denies the remaining allegations and characterizations of paragraph 99.

100. Paragraph 100 states legal conclusions to which no response is required. To the extent a response is required, Noom lacks sufficient information to admit or deny the allegations of paragraph 100, and on that basis denies them. Noom denies the remaining allegations and characterizations of paragraph 100.

101. Paragraph 101 states legal conclusions to which no response is required. To the extent a response is required, Noom denies those allegations.

102. Paragraph 102 describes the purported damages sought by Plaintiff and the putative class, which does not require a response. To the extent a response is required, Noom denies that Plaintiff or the putative Class are entitled to any relief.

103. Paragraph 103 states legal conclusions to which no response is required. To the extent a response is required, Noom denies that Plaintiff or the putative Class are entitled to any relief. Noom denies the remaining allegations and characterizations of paragraph 103.

**COUNT II**

**Invasion of Privacy – Intrusion Upon Seclusion**

104. The Court dismissed this cause of action, so no response is required.

105. The Court dismissed this cause of action, so no response is required.

106. The Court dismissed this cause of action, so no response is required.

107. The Court dismissed this cause of action, so no response is required.

108. The Court dismissed this cause of action, so no response is required.

109. The Court dismissed this cause of action, so no response is required.

110. The Court dismissed this cause of action, so no response is required.

111. The Court dismissed this cause of action, so no response is required.

112. The Court dismissed this cause of action, so no response is required.

113. The Court dismissed this cause of action, so no response is required.

114. The Court dismissed this cause of action, so no response is required.

115. The Court dismissed this cause of action, so no response is required.

116. The Court dismissed this cause of action, so no response is required.

117. The Court dismissed this cause of action, so no response is required.

**REQUEST FOR RELIEF**

A. Noom denies that Plaintiff or the putative Class are entitled to any relief.

B. Noom denies that Plaintiff or the putative Class are entitled to any relief.

C. Noom denies that Plaintiff or the putative Class are entitled to any relief.

D. Noom denies that Plaintiff or the putative Class are entitled to any relief.

E. Noom denies that Plaintiff or the putative Class are entitled to any relief.

F. Noom denies that Plaintiff or the putative Class are entitled to any relief.

G. Noom denies that Plaintiff or the putative Class are entitled to any relief.

H. Noom denies that Plaintiff or the putative Class are entitled to any relief.

I. Noom denies that Plaintiff or the putative Class are entitled to any relief.

**DEMAND FOR JURY TRIAL**

Noom denies that Plaintiff is entitled to a jury trial.

**AFFIRMATIVE DEFENSES**

Noom sets forth its affirmative defenses below. By setting forth these affirmative defenses, Noom does not assume the burden of proving any fact, issue, or element of a cause of action where such burden properly belongs to Plaintiff. Nothing stated here is intended to or shall be construed as an acknowledgment that any particular issue or subject matter is relevant to Plaintiff's allegations. As separate and distinct affirmative defenses, Noom alleges as follows:

**FIRST AFFIRMATIVE DEFENSE**

**(Failure to State a Claim)**

1. Plaintiff's FAC fails to state a claim for which relief may be granted against Noom.

**SECOND AFFIRMATIVE DEFENSE**

**(Consent)**

2. Plaintiff's claims, and the claims Plaintiff purports to bring on behalf of members of the putative class, are barred, in whole or in part, by the existence of express consent, constructive consent, implied consent, disclosure, notification, ratification, acquiescence, authorization, and/or acceptance, including, without limitation, because Noom's Privacy Policy and Terms of Use disclosed the conduct alleged in the FAC, and Plaintiff and members of the putative class consented to Noom's Privacy Policy and Terms of Use.

**THIRD AFFIRMATIVE DEFENSE**

**(Statute of Limitations)**

3. Plaintiff's claims, and the claims Plaintiff purports to bring on behalf of members of the putative class are barred, in whole or in part, by the applicable statutes of limitations, including, without limitation, Cal. Code. Civ. P. § 340 and Cal. Code Civ. P. § 335.1.

**FOURTH AFFIRMATIVE DEFENSE**

**(No Personal Jurisdiction)**

4. Plaintiff's claims, and the claims Plaintiff purports to bring on behalf of members of the putative class, are barred because this Court lacks personal jurisdiction over Noom.

**FIFTH AFFIRMATIVE DEFENSE**

**(Waiver / Estoppel)**

5. Plaintiff's claims, and the claims Plaintiff purports to bring on behalf of members of the putative class, are barred, in whole or in part, by the doctrines of waiver and/or estoppel.

**SIXTH AFFIRMATIVE DEFENSE**

**(Improper Class Action)**

6. This action may not properly be maintained or certified as a class action because, *inter alia*, Plaintiff cannot fairly or adequately represent the interests of each member of the proposed class, Plaintiff's claims are not typical of the claims of each member of the proposed class, and/or the questions of law and fact allegedly common to the class do not predominate over the questions affecting only individual class members.

**SEVENTH AFFIRMATIVE DEFENSE**

**(Due Process of Law)**

7. Plaintiff's claims for statutory and punitive damages, and the claims Plaintiff purports to bring on behalf of members of the putative class for statutory and punitive damages, are barred or reduced by applicable law or are unconstitutional insofar as they violate the due process protections afforded by the United States Constitution, the excessive fine clause of the Eighth Amendment of the United States Constitution, and Article 1, Section 17 of the Constitution of the State of California.

**EIGHTH AFFIRMATIVE DEFENSE**

**(No Standing)**

8. Plaintiff's claims, and the claims Plaintiff purports to bring on behalf of members of the putative class, are barred, in whole or in part, because they lack standing to assert the alleged claims.

**NINTH AFFIRMATIVE DEFENSE**

**(Failure to Mitigate)**

9. Plaintiff's claims, and the claims Plaintiff purports to bring on behalf of members of the putative class, are barred, in whole or in part, by their failure or refusal to mitigate damages, if any.

**RESERVATION OF RIGHTS**

Noom presently has insufficient knowledge or information upon which to form a belief as to whether it may have additional unstated defenses. Noom reserves the right to assert any other defense that may be established during discovery and by the evidence and proceedings in this case.

## PRAYER FOR RELIEF

WHEREFORE, Noom prays for entry of judgment in its favor and against Plaintiff as follows:

1. That the FAC be dismissed in its entirety with prejudice;

2. That no class action be permitted under Fed. R. Civ. P. 23, and no class be certified under Fed. R. Civ. P. 23(c);

3. For attorneys' fees and costs as permitted by law; and

4. For such other and further relief as this Court deems just and proper.

## DEMAND FOR JURY TRIAL

Noom requests a trial by jury on all issues raised by the FAC that are properly triable to a jury.

Dated: October 3, 2023

Respectfully submitted,

*/s/ Kyle C. Wong*
Kyle C. Wong*
kwong@cooley.com
Aarti Reddy*
areddy@cooley.com
Sharon Song*
ssong@cooley.com
**COOLEY LLP**
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Telephone: 415-693-2000
*Admitted *Pro Hac Vice*

Maria Greco Danaher
PA I.D. No. 47036
Email: maria.danaher@ogletree.com
**OGLETREE DEAKINS**
One PPG Place, Suite 1900
Pittsburgh, PA 15222
Telephone: 412-394-3390
*Counsel for Defendant*
Noom, Inc.