IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ARIEL OLIVER, *individually and on behalf of all others similarly situated*,

*Plaintiff*,

v.

NOOM, INC.,

*Defendant*.

Civil Action No. 2:22-cv-1857

Hon. William S. Stickman IV

**ORDER OF COURT**

AND NOW, this 10th day of July 2026, for the reasons set forth in the Memorandum Opinion filed this day, IT IS HEREBY ORDERED that Defendant Noom, Inc.'s Renewed Motion to Dismiss the First Amended Complaint (ECF No. 64) is GRANTED. The only remaining claim, Count I, is hereby dismissed without prejudice.

BY THE COURT:

s/ William S. Stickman IV
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE